**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6500**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WAYTIS PENDERGRASS,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CR-92-216, CA-01-2738-4-22)

———————

Submitted:  May 16, 2002          Decided:  May 28, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Waytis Pendergrass, Appellant Pro Se.  Mary Gordon Baker, Assistant
United States Attorney, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Waytis Pendergrass seeks to appeal the district court's order denying his motion to reconsider the denial of relief under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Pendergrass, Nos. CR-92-216; CA-01-2738-4-22 (D.S.C. filed Dec. 5, 2001; entered Dec. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2